UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 22395
  MIGUEL ARROYO
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
  SSN XXX-XX-3628
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/25/08 .

   2. The case was dismissed without confirmation, 11/20/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, COSTELLO & COSTELLO         , was allowed $         .00
and was paid $      .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $         .00 .


Dated: 02/11/09               /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE

```
                              PAGE   2
   CASE NO. 08 B 22395 MIGUEL ARROYO
```